Approved: _____
VLADISLAV VAINBERG
Assistant United States Attorney

Before:    THE HONORABLE PAUL E. DAVISON
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :   18 Mag. 5895
   - v. -                              :
                                       :   RULE 5(c)(3)
JORDAN CAMERON CHRISTIAN GREY,         :   AFFIDAVIT
                        Defendant.     :
                                       :
- - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

       CHRISTOPHER BRYCELAND, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

       1.  On July 11, 2018, a Magistrate Judge in the Northern District of Georgia issued a warrant for the arrest of "Jordan Cameron Christian Grey" based on a Complaint charging "Jordan Cameron Christian Grey" with violations of U.S.C. § 2251(d)(1)(A) (advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce child pornography). A copy of the arrest warrant and Complaint are attached hereto and incorporated by reference herein.

       2.  I believe that JORDAN CAMERON CHRISTIAN GREY, the defendant, who was taken into the custody of the FBI on July 11, 2018, in the Southern District of New York, is the same individual as "Jordan Cameron Christian Grey" who is wanted in the Northern District of Georgia.

       3.  The bases for my knowledge and for the foregoing charge are, in part, as follows:

       4.  I am a Special Agent with the Federal Bureau of Investigation. I have been personally involved in determining whether JORDAN CAMERON CHRISTIAN GREY, the defendant, is the same individual as the "Jordan Cameron Christian Grey" named in the July 11, 2018 warrant from the Northern District of Georgia. Because this Affidavit is being submitted for the limited

purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to JORDAN CAMERON CHRISTIAN GREY. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

5. On July 6, 2018, the Honorable Magistrate Judge Lisa Margaret Smith issued a search warrant (the "Search Warrant") for the search of the premises located at 106 Village Common, Fishkill, New York 12524, (the "Residence") and the seizure of evidence, fruits, and instrumentalities of violations of Title 18, United States Code Sections 2252(a)(4) (possession, of knowing access, of child pornography), 2252A(a)(2)(A) and (b)(1) (receipt and distribution of, conspiracy to receive and distribute, and attempt to receive and distribute child pornography); 2252A(a)(5)(B) and (b)(2) (possession of, knowing access, conspiracy to access, or attempted access with intent to view child pornography).

6. Based on my conversation with another Special Agent of the FBI who is familiar with the investigation underlying the Search Warrant ("Agent-1"), I have learned the following, in part and substance. An individual with the online nickname "Who_Mya_baby" was a member of at least two messenger group chats on the Kik Messenger mobile application. Participants in those groups shared images and videos depicting child pornography. Between at least about November 26, 2017 and January 10, 2018, the user "Who_Mya_baby" uploaded images and videos depicting child pornography to those groups, as evidenced by an undercover agent in the groups. The internet protocol addresses associated with the user "Who_Mya_baby" came back to Verizon Landline subscribers residing at the Residence.

7. Based on New York State Department of Motor Vehicle records, I know that the Residence is the registered current address for Claudette Grey, year of birth 1934, Denise Grey, year of birth 1962, and Jordan Grey, year of birth 1991.

8. On July 11, 2018, at approximately 7:00 a.m., I and other agents executed the Search Warrant at the Residence. The defendant, JORDAN CAMERON CHRISTIAN GREY, was present at the Residence and subsequently arrested. Upon searching the Residence, agents located a cellular telephone device with a band-aid on the screen ("Phone-1"). Agents asked GREY if Phone-1 belonged to him, and GREY said "Yes, the one with the band-aid". Additionally, GREY asked to use Phone-1 to retrieve the phone number for his employer, a condo pool, out of the phone. Upon conducting a preliminary search of Phone-1, agents located

2

pictures and videos depicting child pornography involving children aged approximately eight to twelve years old. Also located on the phone was a picture a child swimming in a pool resembling the defendant's place of employment. Agents also located the Kik Messenger application installed on the phone.

9. I believe that JORDAN CAMERON CHRISTIAN GREY, the defendant, who was taken into the custody of the FBI on July 11, 2018, in the Southern District of New York, is the same individual as the "Jordan Cameron Christian Grey" who is wanted in the Northern District of Georgia because, among other things, GREY confirmed that his name was "Jordan Cameron Christian Grey," GREY was located at the same address as the account associated with the scheme described in the Complaint, and GREY's phone contained the Kik Messenger application and child pornography, consistent with the conduct described in the Complaint. Additionally, GREY's visual appearance matched the photograph on file with the New York State Department of Motor Vehicle records for the Jordan Grey registered at the Residence address.

WHEREFORE, deponent prays that JORDAN CAMERON CHRISTIAN GREY, the defendant, be imprisoned or bailed as the case may be.

---
CHRISTOPHER BRYCELAND
Special Agent
Federal Bureau of Investigation

Sworn to before me this
11st day of July, 2018.

---
THE HONORABLE PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

3

FILED IN CHAMBERS

# United States District Court
NORTHERN DISTRICT OF GEORGIA

JUL 11 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

Jordan Cameron Christian Grey

**CRIMINAL COMPLAINT**

Case Number: 1:18-MJ-686

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning on or about November 26, 2017, and continuing until on or about January 10, 2018, in DeKalb County, in the Northern District of Georgia and elsewhere, defendant(s) did, knowingly make, print, and publish a notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce a visual depiction, when the production of such depiction involves the use of at least one minor engaging in sexually explicit conduct, and the depiction is of such conduct,

in violation of Title 18, United States Code, Section(s) 2251(d)(1)(A).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

_____
Signature of Complainant
Andrew Fulp

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

July 11, 2018     at   Atlanta, Georgia
Date                                 City and State

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Paul R. Jones

_____
Signature of Judicial Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

JUL 11 2018

Deputy Clerk

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Andrew Fulp, being first duly sworn, do hereby depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Atlanta Division of Violent Crimes Against Children, and have been so employed since May 2017. Prior to the FBI, I was a sworn law enforcement officer for six years, in which I investigated federal and state criminal violations related to the use of computers and computer-based crimes against children. I have received formal training in the investigation of these matters at the FBI Academy and through the Department of Justice. As an SA, I have participated in investigations involving perpetrators that have used computers and the Internet to commit violations involving the sexual exploitation of children.

2. I am investigating the activities of **Jordan Cameron Christian Grey** (hereinafter "Grey"). Based on this investigation, I respectfully submit that there is probable cause to believe that Grey did knowingly make, print, and publish a notice and advertisement offering to exchange, display, and distribute at least one visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means including by computer, and where such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce and in or affecting such commerce by any means including by computer, in that the defendant posted images and videos as well as links in groups, which links led other users to access child pornography files maintained in Internet user accounts, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

## BACKGROUND ON KIK MESSENGER

4. Kik Messenger ("Kik") is an instant messaging application for mobile devices. The application is available on most iOS, Android, and Windows phone operating systems free of charge. Kik uses a smartphone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, videos, sketches, mobile web-pages, linked Internet files and other content.

5. Kik subscribers obtain an account by registering with Kik. During the registration process, Kik asks subscribers to provide basic personal information and to select a username. During this process, Kik registers date, time, internet protocol (IP) address[1] and device related information. The username is the only unique identifier used by Kik. According to the Kik Law Enforcement Guide, a Kik username is unique, can never be replicated and can never be changed.

---

[1] An IP address is a series of four sets of digits separated by a decimal. The Internet Service Provider supplies the IP address to its customers, which is used to access the Internet. The investigative value of the IP address is that it identifies the physical location of the computer or electronic device that accessed the Internet during the relevant period.

## BACKGROUND ON DROPBOX, INC.

6. Dropbox refers to an online storage medium on the Internet accessed from a computer or electronic storage device. Dropbox subscribers obtain a Dropbox account by registering with an email address. When the subscriber transfers a file to a Dropbox account, it is initiated at the user's computer or electronic device, transferred via the Internet to the Dropbox servers, and then can automatically be synchronized and transmitted to other computers or electronic devices that have been registered with that Dropbox account. If the subscriber does not delete the content, the files can remain on Dropbox servers indefinitely. Even if the subscriber deletes the account, it may continue to be available on the Dropbox servers for a certain period.

7. Subscribers can share Dropbox files by creating a Dropbox link. Dropbox links can be created for specific content or files from the subscriber's account, and the link can be sent from Dropbox or can be copied and pasted and sent as a hyperlink using another medium outside of Dropbox. A person does not need to have a Dropbox account to access the contents from a shared link. Once the link is accessed by other users, they have the ability to download that content to their own account or electronic device. Dropbox maintains logs of IP addresses that have accessed a created link for a historical period of 30 days.

## CURRENT INVESTIGATION

8. Around June 2017, an FBI online covert employee (OCE) located in the Northern District of Georgia gained access to multiple Kik messenger groups that appeared to have an interest in children and/or child pornography. These groups contained multiple members, some of whom have been identified and indicted out of the Northern District of Georgia for their criminal activity related to these groups. Specifically, beginning in November 2017, the OCE located in the Northern District of Georgia, had access to a Kik messenger group chat called "Kinky as Fuck," the members

of which appeared to have an interest in children and/or child pornography. Beginning in December 2017, the OCE had access to a Kik messenger group chat called "Bell," which eventually changed its name to "Suck it deeper." This group also appeared to have an interest in children and/or child pornography.

9. An individual utilizing the Kik username "Who_Mya_baby," with a display name of "S.I.N.G.L.E," was a member of "Kinky as Fuck" Kik chat group at the time the OCE gained access to the group. Participants in this chat group would share photographs, videos and/or post links from cloud-based services, such as Dropbox, that contained child pornography within the group chat. The OCE received these child pornography files, while in the Northern District of Georgia, and recorded these files as evidence.

10. On November 26, 2017, "Who_Mya_baby" posted to the "Kinky as Fuck" group a video file of child pornography. The video was approximately 1 minute and 24 seconds in length, and depicts a young female child. The girl is approximately 11 to 14 years old, and completely nude. She is seen in a bathroom inserting a hairbrush into her vagina throughout the video. The OCE received this child pornography file, while in the Northern District of Georgia, and recorded the file as evidence.

11. On December 1, 2017, "Who_Mya_baby" posted to the "Kinky as Fuck" group a Dropbox link containing child pornography. One of the files in the link was a video file approximately 14 seconds in length. It depicted a young female child aged approximately 6 to 9 years old lying on her back in a bed, nude from the chest down. An adult male is seen inserting his penis into the girl's vagina throughout the video. The OCE received this child pornography file, while in the Northern District of Georgia, and recorded the file as evidence.

12. On December 11, 2017, "Who_Mya_baby" posted to the "Bell" group a video file of child

pornography. The video was approximately 1 minute and 33 seconds in length, and depicts a young female child. The girl is approximately 7 to 11 years old, and nude from the waist down. She is seen in a bathroom, exposing her genitals to the camera. The OCE received this child pornography file, while in the Northern District of Georgia, and recorded the file as evidence.

13. On December 2, 2017, the OCE was removed from The Kik group "Kinky as Fuck" for not contributing child pornography to the group. On January 16, 2018, the OCE left the Kik group "Bell" (also known as "Suck it deeper"), and at that time the group was still active.

14. On December 4, 2017, the FBI served an administrative subpoena on Kik, requesting subscriber identification information associated with username "Who_Mya_baby". Kik's response included the email used to register the account as vxgchxh@gmail.com. Additionally, Kik's response included the IP address 100.40.168.199 as being recorded over 40 times between November 4, 2017 and November 7, 2017. A subsequent administrative subpoena to Verizon Landline for the IP address 100.40.168.199 revealed that this IP Address was associated with subscriber Claudette Grey with service address of 106 Village Common, Fishkill, New York 12524.

15. On March 12, 2018, a second administrative subpoena was issued to Kik requesting subscriber identification information associated with username "Who_Mya_baby". Kik's response included the IP address 100.40.173.119 as being utilized to access the Kik account between January 25, 2018 and February 7, 2018. Kik recorded the IP address 100.40.173.119 over 30 times during this time period.

16. A subsequent administrative subpoena to Verizon Landline for the IP address 100.40.173.119 revealed that this IP address was associated with subscriber Claudette Grey with service address of 106 Village Common, Fishkill, New York 12524.

17. The Kik return for username "Who_Mya_baby" indicated an additional IP address

of 173.62.108.130 for the time period of January 2, 2018 through January 14, 2018.

18. Between January 2, 2018 and January 14, 2018, Kik recorded the IP address 173.62.108.130 over 200 times for username "Who_Mya_baby".

19. On January 10, 2018, "Who_Mya_baby" uploaded a file of child pornography to the Kik group "Suck it deeper". The file depicts a minor female child, aged approximately 7 to 11 years old. The girl is completely nude, sitting on a tile floor. The image is focused on the exposed genitals of the child. The OCE received this child pornography file, while in the Northern District of Georgia, and recorded the file as evidence.

20. On January 10, 2018, "Who_Mya_baby" uploaded a file of child pornography to the Kik group "Suck it deeper". The file depicts a minor female child, aged approximately 7 to 11 years old. The girl is nude from the waist down, lying on a bed with her knees bent upwards. The genitals of the child are exposed, and the child is using her hand to touch her genitals. The OCE received this child pornography file, while in the Northern District of Georgia, and recorded the file as evidence.

21. A subsequent administrative subpoena to Verizon Landline for the IP address 173.62.108.130 indicated that this IP address was registered to subscriber Denise Grey with service address of 106 Village Common, Fishkill, New York 12524 between January 2, 2018 and January 14, 2018.

22. Based on another law enforcement agent's review of New York State Department of Motor Vehicle records, I know that the address 106 Village Common, Fishkill, New York 12524 is the registered current address for Claudette Grey, date of birth XX/XX/1934, Denise Grey, date of birth XX/XX/1962, and **Jordan Grey**, date of birth XX/XX/1991. Based on my review of other open-source databases, I know that Claudette Grey is the reported current owner of the SUBJECT

PREMISES.

23. On July 11, 2018, Agents with the FBI New York division executed a search warrant at 106 Village Common, Fishkill, New York 12524 pursuant to a Federal search warrant signed on July 6, 2018 by United States Magistrate Judge Lisa Margaret Smith in the Southern District of New York. During the execution of the search warrant, Agents located **Jordan Grey** at the residence. Upon searching the residence, Agents located a cellular telephone device with a band-aid on the screen. Agents asked **Grey** if the phone belonged to him, and **Grey** said "Yes, the one with the band-aid." Additionally, **Grey** asked to use his phone to retrieve the phone number for his employer out of the phone. Upon conducting a search of the cellular telephone device belonging to **Grey**, Agents located pictures and videos depicting child pornography involving children aged approximately eight to twelve years old. Agents also located the Kik messenger application installed on the phone.

## CONCLUSION

24. Based on the foregoing information, I respectfully submit that there is probable cause to believe that JORDAN CAMERON CHRISTIAN GREY did knowingly make, print, and publish a notice and advertisement offering to exchange, display, and distribute one or more visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means including by computer, and where such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce and in or affecting such commerce by any means including by computer, in that the defendant posted images and videos as well as links in groups, which links

led other users to access child pornography files maintained in Internet user accounts, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Jordan Cameron Christian Grey

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:18-MJ-686

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jordan Cameron Christian Grey

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: knowingly making, printing, and publishing a notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce a visual depiction, when the production of such depiction involves the use of at least one minor engaging in sexually explicit conduct, and the depiction is of such conduct,

in violation of 18, United States Code, Section(s) 2251(d)(1)(A).

RUSSELL G. VINEYARD
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*Russell G. Vineyard*
Signature of Issuing Officer

July 11, 2018
Atlanta, Georgia
Date and Location

Bail Fixed at $_____ by _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____

Name and Title of Arresting Officer

Date of Arrest:_____

Signature of Arresting Officer

## CLASS II WARRANT INFORMATION SHEET

**NOTE**: Deliver all original arrest warrants to U.S. Marshal, N/GA only. The Clerk shall not issue copies of arrest warrants, whether certified or not, to any law enforcement agency. Any law enforcement agency in need of copies shall obtain them from the U.S. Marshals' Office.

**Identifying Data of Defendant:**

NAME: Jordan Cameron Christian Grey

ALIAS: Who_Mya_Baby

ADDRESS: 106 Village Common, Fishkill, NY 12524

SEX: Male

RACE: Enter Defendant's Race

HEIGHT: Enter Defendant's Height

WEIGHT: Enter Defendant's Weight

DOB: 10/04/1991

SSN#: Enter Social Security No.

FBI#: Enter FBI No.

AGENCY: FBI

    AGENT: Andrew Fulp

    AGENT EMAIL: amfulp@fbi.gov

    AGENT CONTACT #: 770-216-5780 (office); 404-922-1424 (cell)

AUSA: Paul R. Jones

**\*All executed arrest warrants shall be returned to the U.S. Marshal.**